1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
3  JIAE MOON (State Bar No. 198370)
   2029 Century Park East, Suite 1600
4  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
5  Facsimile: 310-556-5959
6  Email: *lacalendar@stroock.com*

7  Attorneys for Defendants
     AMERICAN EXPRESS TRAVEL RELATED SERVICES
8    COMPANY, INC., AMERICAN EXPRESS CENTURION BANK,
     and AMERICAN EXPRESS BANK, FSB
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND BRANCH

13

14  HEIDI PICKMAN, ON HER OWN BEHALF,  )  Case No. C 11 03610 JSC
    ON BEHALF OF THOSE SIMILARLY       )
15  SITUATED, AND ON BEHALF OF THE     )  [Assigned to the Hon. Jacqueline Scott Corley]
    GENERAL PUBLIC OF THE STATE OF     )
16  CALIFORNIA,                        )
                                       )  STIPULATION AND [PROPOSED]
17         Plaintiff,                  )  ORDER EXTENDING TIME TO
                                       )  RESPOND TO FIRST AMENDED CLASS
18      vs.                            )  ACTION COMPLAINT
                                       )
19                                     )
    AMERICAN EXPRESS TRAVEL RELATED    )
20  SERVICES, INC., AMERICAN EXPRESS   )
    CENTURION BANK, AND AMERICAN       )
21  EXPRESS BANK, FSB                  )
                                       )
22                                     )
           Defendants.                 )
23  _____)

24
25
26
27
28

## STIPULATION

WHEREAS, on June 3, 2011, plaintiff Heidi Pickman ("Plaintiff") filed a Class Action Complaint in the Superior Court for the County of Alameda (the "Action");

WHEREAS, on July 13, 2011, Plaintiff filed a First Amended Complaint (the "First Amended Complaint") in the Superior Court for the County of Alameda.

WHEREAS, on July 22, 2011, defendants American Express Travel Related Services Company, Inc., American Express Centurion Bank, and American Express Bank, FSB (collectively "Defendants") removed the Action to this Court;

WHEREAS, Defendants' response to the First Amended Complaint currently is due on or before July 29, 2011;

WHEREAS, Plaintiff may move to remand this Action to state court up to and including at least August 24, 2011, pursuant to 28 U.C.S. §1447(c), Fed.R.Civ.P., Rules 6(a) and 5(b), and agreement of the Parties without further leave of the Court and Plaintiff anticipates filing such a motion to remand;

WHEREAS, to coordinate the filing of Plaintiff's motion to remand with Defendants' response to the First Amended Complaint, the parties have agreed to a brief extension of the time for Defendants to answer or otherwise respond to the First Amended Complaint;

WHEREAS, pursuant to Local Rule 6-1(a), parties may agree to an extension of time within which to answer or otherwise respond to a complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the extension proposed herein will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, no previous extensions have been requested; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendants shall respond, whether in this Court or the state Court, to the First Amended Complaint within seven (7) days of this Court's Order being entered on Plaintiff's

anticipated Motion to Remand, or by no later than August 31, 2011, should no such motion be filed by Plaintiff or the time otherwise extended by further order of the Court.

IT IS SO STIPULATED.

Dated: July 28, 2011

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JIAE MOON

By: *(signature)*
Stephen J. Newman

Attorneys for Defendants
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., AMERICAN EXPRESS CENTURION BANK, and AMERICAN EXPRESS BANK, FSB

Dated: July 28, 2011

WEEMS LAW OFFICES
MARGARET MULLINS WEEMS
ROBERT C. WEEMS

By: *(signature)*
Robert C. Weems

Attorneys for Plaintiff
HEIDI PICKMAN

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 7-29-11

*(signature)*
HON. JACQUELINE SCOTT CORLEY